UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
**ENRIQUE RIVERA,**

                    Petitioner,

    -Against-

**THOMAS GRIFFIN**, GREEN HAVE
CORRECTIONAL FACILITY,

                    Respondent.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 22 2017  ★

BROOKLYN OFFICE

NOTICE OF MOTION

Dkt. No: 15-CV-2657 (WFK)

TO HONORABLE WILLIAM F. KUNTZ, UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE**, that upon the annexed affidavit **ENRIQUE RIVERA**, being duly sworn on the 14th day of June, 2017, upon all papers, and proceeding heretofore had, a motion will be made, in the United States District Court, Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York 11201, or soon thereafter, for an order on his motion to supplemental argument, pursuant to Federal Rule of Civil Procedure Rule Rule 15(a)(2), for the relief as outlined in the affidavit and for such other relief as the court deem just, equitable, and proper.

Dated: June 14, 2017
       Stormville, New York

Sworn before me this 14th day of June 2017

_/s/_ notary public

Emilio Mei
Notary Public, State of New York
Qualified in Dutchess County
No. 01ME6253793
Commission Expires 10/16/20__

Respectfully submitted,

_/s/ Enrique Rivera_
ENRIQUE RIVERA
Green Have Corr. Fac
P.O. Box 4000
Stormville, NY 12582

1