

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENRIQUE RIVERA,

               Petitioner,

     v.

THOMAS GRIFFIN,

               Respondent.
-----------------------------------------------------------------X

**ORDER**

15-CV-2657 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

By order dated January 25, 2017, this Court directed Respondent to file his supplemental opposition papers, if any, to Petitioner's supplemental argument, *see* ECF Nos. 11-12, by November 17, 2017. As of the date of this Order, Respondent has not filed any response.

The Court hereby grants Respondent an extension of time to file until January 5, 2018. Thereafter, the Court will treat the petition as fully briefed and decide it on the papers.

The Clerk of Court is directed to mail copies of this Order and an updated docket report to Petitioner.

                            **SO ORDERED.**

                            s/WFK
                      HON. WILLIAM F. KUNTZ, II
                      UNITED STATES DISTRICT JUDGE

Dated: December 5, 2017
      Brooklyn, New York