UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENRIQUE RIVERA,

               Petitioner,

                                                JUDGMENT
                                                15-CV-2657 (EK)

        v.

THOMAS GRIFFIN,

               Respondent.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Eric R. Komitee, United States District Judge, having been filed on September 30, 2020, deeming all of Petitioner's claims exhausted; denying his claims as meritless or procedurally barred; dismissing his habeas petition in its entirety; denying the issuance of a certificate of appealability, 28 U.S.C. § 2253; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

       ORDERED and ADJUDGED that all of Petitioner's claims are deemed exhausted; denied as meritless or procedurally barred; that his habeas petition is dismissed in its entirety; that no certificate of appealability shall issue, 28 U.S.C. § 2253; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  Brooklyn, New York　　　　　　　　　　　　　Douglas C. Palmer
          September 30, 2020　　　　　　　　　　　　　　Clerk of Court

                                                           By:    */s/Alicia Guy*
                                                                       Deputy Clerk